# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 4:21-cv-00062-SEP |
| ARNOLD POLICE DEPARTMENT, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On July 1, 2021, the Court directed Plaintiff to file an amended complaint within thirty days. (Docket No. 11). Plaintiff failed to comply within that timeframe. Instead, on July 12, 2021, mail sent to Plaintiff was returned as undeliverable. (Docket No. 12). On September 22, 2021, the Court received notice from Plaintiff that he had not "heard anything for a while" and that his addressed had changed. (Docket No. 13). In response, the Clerk of Court sent Plaintiff a copy of Docket No. 11, a blank civil rights complaint form, and a copy of the docket sheet.

The Court now directs Plaintiff to file his previously ordered amended complaint within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's order of July 1, 2021. If Plaintiff fails to submit an amended complaint in accordance with the instructions set forth in the Court's order of July 1, 2021 within **thirty (30) days** of the date of this order, this matter will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint on a Court form within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's order of July 1, 2021.

**IT IS FURTHER ORDERED** that if Plaintiff fails to file an amended complaint on a Court form within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's order of July 1, 2021, this action will be dismissed without prejudice and without further notice.

**IT IS FINALLY ORDERED** that upon receipt of Plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 23rd day of September, 2021.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE